7.28.18

Besnesta L. Lewis
3618 Enslow Avenue
Richmond, Virginia 23222

Honorable Stephen C. St. John, Chief Judge
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219-1888

Case No. 14-35039-KRH

FILED JUL 31 2018 CLERK U.S. BANKRUPTCY COURT RICHMOND DIVISION

Dear Judge St. John,

The purpose of my letter is to ask the bankruptcy court's permission for the title of the property at 3618 Enslow Avenue Richmond, Virginia 23222 to be transferred to the mortgage company in which I am refinancing. I'm in the final stage of refinancing, but I can not close because my ex-husband filed bankruptcy and included the property. He did inform me that he was filing bankruptcy. This was done before the divorce. Our home was

foreclosure. My plan is for my son and I to remain in our home. This is the only home he knows. Once the closing is finalized some financial hardships will be lighten.

Respectfully submitted,
Besnesta L. Lewis